**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

THE HARBOR GROUP, INC., an Iowa corporation, and THE HARBOR GROUP INC. EMPLOYEE HEALTH CARE PLAN,

        Plaintiffs,

v.

TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation,

        Defendant.

CASE NO. 5:16cv04144-LRR

**LR 7.1 CORPORATE DISCLOSURE STATEMENT**

As required by LR 7.1, Defendants in this case provide the following information to the court:

*(a)    The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case:*

Interstates Companies.

*(b)    With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

The Harbor Group Inc. is the holding company for Interstates Companies.

1

Dated this 20th day of January, 2017.

THE HARBOR GROUP, INC., an Iowa
corporation, and THE HARBOR GROUP INC.
EMPLOYEE HEALTH CARE PLAN, Plaintiffs


By:   /s/ Heidi A. Guttau-Fox
      Heidi A. Guttau-Fox (IA# 15513)
      ICIS #AT0003021
      Christopher R. Hedican (IA# 16099)
of    BAIRD HOLM LLP
      1700 Farnam St, Ste 1500
      Omaha, NE  68102-2068
      Phone: 402-344-0500
      Fax: 402-344-0588
      Email:  hguttau-fox@bairdholm.com
      chedican@bairdholm.com

DOCS/1817606.1

2