IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| THE HARBOR GROUP INC., and<br>THE HARBOR GROUP INC EMPLOYEE<br>HEALTH CARE PLAN, | ) ) ) ) | CASE NO. C16-4144LRR |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| TRINITY TEEN SOLUTIONS, | ) ) | |
| Defendant. | ) | |

No action was taken in this matter with respect to the Order filed on April 13, 2017.

**ORDER**

That Plaintiffs, The Harbor Group Inc and The Harbor Group Inc Employee Health Care Plan, take nothing and this action is dismissed.

DATED: April 21, 2017

                                          ROBERT L PHELPS - CLERK
                                          U. S. District Court
                                          Northern District of Iowa

                                          By: _____S/kfs_____
                                                    Deputy Clerk